UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARIANTO PETTUS,
    Plaintiff

vs

COMMISSIONER OF
SOCIAL SECURITY,
    Defendant.

Civil Action No. 1:12-cv-561
Weber, J.
Litkovitz, M.J.

**ORDER**

This matter was referred by the Court to an attorney who is participating in the District Court's Referral Panel of Attorneys for *Pro Se* Social Security Disability/SSI Appeals. (Doc. 8). As of this date, the attorney participating in the District Court's Referral Panel to which this matter was referred has declined to accept and represent *pro se* plaintiff in this action.

Therefore, the Court's previous referral of this matter to the District Court's Referral Panel of Attorneys for *Pro Se* Social Security Disability/SSI Appeals (Doc. 8) is **hereby RESCINDED.** Plaintiff must proceed *pro se* in this matter.

Plaintiff shall have up to and including **July 5, 2013** in which to file with the Court a statement of specific errors pursuant to Magistrate Judges' General Order Concerning Social Security Appeals.

**IT IS SO ORDERED.**

Date: 6/5/13

Karen L. Litkovitz
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION
## AT CINCINNATI

IN RE SOCIAL SECURITY APPEALS     GENERAL ORDER NO.:
CIN 12-01

## MAGISTRATE JUDGES' GENERAL ORDER CONCERNING SOCIAL SECURITY APPEALS



To provide for the efficient adjudication of appeals to this Court of decisions of the Commissioner of Social Security under the Social Security Act, it is here **ORDERED** with respect to all such appeals:

1. All prior general orders of the United States Magistrate Judges at Cincinnati with respect to all such cases are hereby **RESCINDED**.

2. The Commissioner shall file and serve an answer and a certified copy of the administrative record, including transcript, within sixty (60) days after service of process.

3. Within forty-five (45) days of service of the answer and administrative record, the plaintiff shall file and serve a "Statement of Errors" upon which plaintiff seeks reversal or remand. This statement shall be organized in the form of a memorandum in support of plaintiff's position and shall also include page references to the administrative record, as well as citations of applicable law. Statements of Error shall present the detail ordinarily expected in a motion for summary judgment.

4. Within thirty (30) days of service of the Statement of Errors, the Commissioner shall file and serve a "Memorandum in Opposition" to plaintiff's Statement of Errors. This memorandum shall be organized in the form of a memorandum in opposition to the plaintiff's position and in support of the Commissioner's decision, and shall also include page references to the administrative record as well as citations of applicable law and supporting authority.

5. The plaintiff may file and serve a reply memorandum within ten (10) days of service of the Commissioner's Memorandum in Opposition.

6. All cases will be decided on the memoranda and the administrative record, except that the Court reserves the right to hold oral argument, by telephone or otherwise, in any such case.

7. In cases decided by the Magistrate Judge upon consent under 28 U.S.C. § 636(c), appeals shall be taken as provided by law. In cases in which the Magistrate Judge makes a Report and Recommendation to a District Judge, the time for filing objections shall be the fourteen (14) day period provided by 28 U.S.C. § 636(b), Fed. R. Civ. P. 72, and all other applicable provisions of law.

8. The practice of seeking lengthy (*e.g.*, 30 day) extensions of time to file and serve Statements of Error or Objections on conclusory grounds (*e.g.*, "heavy caseload") is strongly discouraged.

9. This General Order is effective immediately and applies to cases currently pending before the Court.

February 14, 2012

*Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

*Karen L. Litkovitz*
Karen L. Litkovitz
United States Magistrate Judge

2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marianto Pettus
1621 Linn Street
Apartment 503
Cinti, OH 45214

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☑ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)

7002 3150 0000 8389 9661

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540